FRANK K. ROBINSON, Appellant, *v.* MAUDE A. THOMP-SON et al., Respondents.

*Robinson* v. *Thompson*, 134 App. Div. 994, reversed.

(Argued February 1, 1912; decided February 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1909, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to enforce an assignment of defendant Thompson's interest in a certain trust fund given as collateral security for certain notes.

*W. B. Matterson,* for appellant.

*John Hill Morgan* and *Fernando Solinger* for respondents.

Judgment reversed and new trial granted, costs to abide event, on authority of *Matter of Trumble* (199 N. Y. 454) and *Wells* v. *Squires* (191 N. Y. 529); no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.